IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-cv-00235-MOC-WCM

| | |
|---|---|
| AARON ASELTINE, *on behalf of himself and all others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> BANK OF AMERICA, N.A., <br><br> Defendant. | ORDER |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 11) filed by David M. Wilkerson. The Motion indicates that Mr. Wilkerson, a member in good standing of the Bar of this Court, is local counsel for Plaintiff and that he seeks the admission of Sophia Gold, who the Motion represents as being a member in good standing of the Bars of California and the District of Columbia. It further appears that the requisite admission fee has been paid, and that there is no opposition to the Motion.

Accordingly, the Court **GRANTS** the Motion (Doc. 11) and **ADMITS** Sophia Gold to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: June 12, 2023

W. Carleton Metcalf
United States Magistrate Judge