IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-cv-00235-MOC-WCM

| | | |
|---|---|---|
| AARON ASELTINE | ) | |
| *on behalf of himself and all* | ) | |
| *others similarly situated,* | ) | |
| | ) | ORDER |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| BANK OF AMERICA, N.A., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 21) filed by David M. Wilkerson. The Motion indicates that Mr. Wilkerson, a member in good standing of the Bar of this Court, is local counsel for Plaintiff and that he seeks the admission of Daniel Tropin, who the Motion represents as being a member in good standing of the Bar of Florida. It further appears that the requisite admission fee has been paid, and that there is no opposition to the Motion.

1

Accordingly, the Court **GRANTS** the Motion (Doc. 21) and **ADMITS** Daniel Tropin to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: October 12, 2023

W. Carleton Metcalf
United States Magistrate Judge