UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| AARON ASELTINE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>Defendant. | Case No. 3:23-cv-00235-MOC-WCM |

## MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND RELEASE

Plaintiff, Aaron Aseltine, on behalf of himself, and a proposed class of current and former Bank of America, N.A. Accountholders[1], moves for entry of an order granting Preliminary Approval of a proposed Settlement embodied in a Settlement Agreement. The grounds for this motion, along with the Agreement and supporting exhibits, are set forth in a Memorandum in Support of Motion for Preliminary Approval of Class Action Settlement filed contemporaneously herewith. The Court's approval of the Settlement is warranted for the reasons fully stated in said Memorandum.

The proposed Class Representative respectfully requests that the Preliminary Approval Order: (1) conditionally certify the Settlement Class, (2) appoint Aaron Aseltine as Class Representative (3) appoint Class Counsel, (4) preliminarily approve the Settlement, (5) approve the Notice Program and direct that the Notice be provided to the Settlement Class, (6) approve and order the opt-out and objection procedures set forth in the Settlement, (7) stay all deadlines in the

---

[1] The capitalized terms herein shall have the same meanings as those defined in Section I of the Settlement Agreement.

Action pending Final Approval of the Settlement, and (8) set a date for a Final Approval Hearing, 150 days after the entry of this Order (or a date as soon thereafter that is available on the Court's calendar).

Dated: May 24, 2024.

Respectfully Submitted,

s/ *Jonathan M. Streisfeld*
Jeff Ostrow (pro hac vice)
Jonathan M. Streisfeld (pro hac vice)
**KOPELOWITZ OSTROW P.A.**
1 West Las Olas Blvd., Ste. 500
Fort Lauderdale, FL 33301
(954) 332-4200
ostrow@kolawyers.com
streisfeld@kolawyers.com

Sophia Gold (pro hac vice)
**KALIELGOLD PLLC**
950 Gilman Street, Suite 200
Berkeley, CA 94710
(202) 350-4783
sgold@kalielgold.com

David Wilkerson
N.C. State Bar No. 35742
**THE VAN WINKLE LAW FIRM**
11 North Market Street
Asheville, NC 28801
(828) 258-2991
dwilkerson@vwlawfirm.com

*Counsel for Plaintiff and the Settlement Class*