UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| AARON ASELTINE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>Defendant. | Case No. 3:23-cv-00235-MOC-WCM |

**PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL
OF CLASS ACTION SETTLEMENT AND APPLICATION FOR
ATTORNEYS' FEES AND COSTS AND SERVICE AWARD[1]**

Plaintiff Aaron Aseltine, on behalf of himself and a proposed Settlement Class of Current Accountholders and Past Accountholders of Defendant Bank of America, N.A., moves for entry of an Order granting Final Approval of the Settlement Agreement and Release, Class Counsel an Attorneys' Fees and Costs Award, and a Service Award for the Class Representative. The grounds for this Motion are set forth in a Memorandum of Law filed contemporaneously herewith.

Accordingly, Plaintiff respectfully requests this Court enter an Order: (1) granting Final Approval to the Settlement; (2) affirming certification of the Settlement Class for settlement purposes, pursuant to Fed. R. Civ. P. 23(a) and 23(b)(3); (3) confirming the appointment of Plaintiff as Class Representative; (4) confirming the appointment of Jeff Ostrow and Jonathan Streisfeld of Kopelowitz Ostrow P.A.; Sophia Gold of KalielGold PLLC; and David Wilkerson of The Van Winkle Law Firm as Class Counsel; (5) awarding the Class Representative a $5,000.00 Service Award; (6) award Class Counsel an Attorneys' Fees and Costs Award, including

---

[1] Due to the Court's CM/ECF system being down for maintenance beginning at noon on October 25, 2024 through October 28, 2024 at 7:00 a.m., this Motion is being filed on October 28, 2024.

$7,000,000.00 for attorneys' fees and $27,035.81 for litigation costs; (7) approving payment of the Settlement Administration Costs; (8) overruling timely objections, if any; and (9) entering the Final Judgment and Order of Dismissal dismissing the Action with prejudice and reserving jurisdiction over Settlement implementation.

Dated: October 25, 2024          Respectfully submitted,

/s/ David M. Wilkerson
David M. Wilkerson
NC State Bar No. 35742
**THE VAN WINKLE LAW FIRM**
11 North Market Street
Asheville, NC 28801
(828) 258-2991
dwilkerson@vwlawfirm.com

Sophia Gold (pro hac vice)
**KALIELGOLD PLLC**
490 43rd Street, No. 122
Oakland, CA 94609
(202) 350-4783
sgold@kalielgold.com

Jeff Ostrow (pro hac vice)
Jonathan M. Streisfeld (pro hac vice)
**KOPELOWITZ OSTROW P.A.**
1 West Las Olas Blvd., Ste. 500
Fort Lauderdale, FL 33301
(954) 332-4200
ostrow@kolawyers.com
streisfeld@kolawyers.com

*Class Counsel*