# United States District Court
# Western District of North Carolina
# Charlotte Division

| | |
|---|---|
| Aaron Aseltine, <br><br>Petitioner <br><br>vs. <br><br>Bank of America, N.A., <br><br>Respondent. | JUDGMENT IN CASE <br><br>3:23-cv-00235-MOC-WCM |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 9, 2024 Order.

Signed: December 9, 2024

Katherine Hord Simon, Clerk
United States District Court